

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00250-CV

**EX PARTE T.T.**

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021W0607
Honorable Ron Rangel, Judge Presiding

Opinion by:     Luz Elena D. Chapa, Justice

Sitting:         Luz Elena D. Chapa, Justice
                 Irene Rios, Justice
                 Liza A. Rodriguez, Justice

Delivered and Filed: November 9, 2022

MOTION TO DISMISS GRANTED; DISMISSED

On April 21, 2022, the State of Texas filed a notice of restricted appeal challenging an "Order Granting Expunction" signed on December 3, 2021. After we formally set this case for submission on the parties' briefs, the State filed a motion seeking to dismiss its restricted appeal. The State also requested expedited issuance of the mandate.

After consideration, we grant the motion and dismiss the restricted appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement regarding the assessment of costs, we order all costs assessed against the State. *See id*. R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant). We further order the clerk of the court to immediately issue the mandate. *See id.* R. 18.1(c).

Luz Elena D. Chapa, Justice